IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| DELANEY'S DEVELOPMENT, INC., YESTER OAKS APARTMENTS, WINSDOR PLACE APARTMENTS, CABANA APARTMENTS, CHICKASAW SHOPPING CENTER, EXOTIC WINGS, BRACO COMPLEX, PATHWAYS APARTMENTS, SANDPIPER APARTMENTS, and YESTER OAKS SHOPPING CENTER,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>LANDMARK AMERICAN INSURANCE COMPANY, MT. HAWLEY INSURANCE COMPANY, and ILLINOIS UNION INSURANCE COMPANY,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 11-500 |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT LANDMARK AMERICAN INSURANCE COMPANY

Plaintiffs Delaney's Development, Inc., Yester Oaks Apartments, Windsor Place Apartments, Cabana Apartments, Chickasaw Shopping Center, Exotic Wings, Braco Complex, Pathways Apartments, Sandpiper Apartments, and Yester Oaks Shopping Center (hereinafter "plaintiffs"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby file this notice of voluntary dismissal with prejudice of defendant Landmark American Insurance Company in the above-referenced matter, as defendant Landmark has not served either an answer to the complaint or a motion for summary judgment. By

agreement of counsel, plaintiffs and defendant Landmark American Insurance Company each shall bear their own costs and attorneys' fees incurred in this action.

Respectfully submitted, this 6th day of October, 2011.

s/C. Bennett Long_____
C. Bennett Long, Esq. (ASB-1914-S67L)
2919 8th Street
Tuscaloosa, Alabama 35401
Telephone:   (205) 750-4999
Facsimile:    (205) 449-6502
Email: bennett@hshptlaw.com

*Attorney for Plaintiffs Delaney's Development, Inc., Yester Oaks Apartments, Windsor Place Apartments, Cabana Apartments, Chickasaw Shopping Center, Exotic Wings, Braco Complex, Pathways Apartments, Sandpiper Apartments, and Yester Oaks Shopping Center*