# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

DELANEY DEVELOPMENT, INC., )
et al., )
 )
    Plaintiffs, )
 )
v. )   **CIVIL ACTION 11-0500-WS-M**
 )
MT. HAWLEY INSURANCE )
COMPANY, et al., )
 )
    Defendants. )

## ORDER

       The plaintiff has filed a notice of voluntary dismissal of defendant Mt. Hawley Insurance Company ("Mt. Hawley"). (Doc. 25). Because Mt. Hawley has served neither an answer nor a motion for summary judgment, dismissal is accomplished without a motion or court order. Fed. R. Civ. P. 41(a)(1)(A)(i); *Oswalt v. Scripto, Inc*., 616 F.2d 191, 194-95 (5th Cir. 1980); *Plains Growers, Inc. ex rel. Florists' Mutual Insurance Co.*, 474 F.2d 250, 255 (5th Cir. 1973). In accordance with the notice, Mt. Hawley is **dismissed with prejudice**.


       DONE and ORDERED this 8th day of December, 2011.


                    s/ WILLIAM H. STEELE
                    CHIEF UNITED STATES DISTRICT JUDGE