# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DELANEY DEVELOPMENT, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION 11-0500-WS-M ) |
| MT. HAWLEY INSURANCE COMPANY, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

In accordance with the joint stipulation of dismissal filed by all remaining parties, (Doc. 41), this action is **dismissed with prejudice**, each party responsible for its own costs.

DONE and ORDERED this 1st day of November, 2012.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE